IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALEXIA HUMPHREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Judge Nixon |
| | ) | Magistrate Bryant |
| MEHARRY MEDICAL COLLEGE, | ) | Case No. 3:12-cv-00977 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**~~PROPOSED~~ REVISED CASE MANAGEMENT ORDER**

By Order entered June 17, 2013 [Doc 15], the Court granted the Unopposed Motion to Continue Trial by Plaintiff Alexia Humphrey [Doc 14]. To date, the trial in this case has not been reset.

By Order entered June 18, 2013 [Doc 16], the Court advised the parties to confer and file a Proposed Revised Case Management Order. Accordingly, the parties propose that the following deadlines govern the progress of this case toward trial:

1. <u>Fact Discovery</u>: The fact discovery deadline is October 1, 2013.

2. <u>Dispositive Motions</u>: The dispositive motion deadline is January 15, 2014, and any Response thereto shall be filed within 28 days of filing of the dispositive motion, and any Reply shall be filed within 14 days of the filing of the Response. The motion and response memoranda are limited to 25 pages and the reply, if any, is limited to five pages, absent the Court's permission for a longer pleading.

3. <u>Expert Witnesses/ Evidence</u>: By the close of business on October 1, 2013, Plaintiff shall declare to Defendant the identity of her expert witnesses and provide all information specified in Rule 26(a)(2). By the close of business on December 6, 2013, Defendant shall declare to

1

Plaintiff the identity of its expert witnesses and provide all the information specified in Rule 26(a)(2). Any rebuttal expert witnesses shall be disclosed by January 6, 2014. Expert witnesses shall be deposed by February 28, 2014.

4. <u>Jury Trial Date:</u> Jury trial is set to begin on July 8, 2014, at 9:00 a.m. A pretrial conference shall be held on June 27, 2014, at 10:00 a.m. before Judge Nixon. Trial is expected to take 3-4 days.

    It is so Ordered.

    ENTERED this the <u>24th</u> day of July, 2013.

    *s/ John S. Bryant*
    Magistrate Judge John S. Bryant

SUBMITTED FOR ENTRY:


s/ Mark A. Baugh
Mark A. Baugh, No. 15779
Nancy A. Vincent, No. 16938
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 800
211 Commerce Street
Nashville, Tennessee  37201
Telephone:  (615) 726-5760
Facsimile:   (615) 744-5760

*Attorneys for Defendant*
*Meharry Medical College*

s/ Nina H. Parsley w/ permission
Nina H. Parsley
Michael Ponce and Associates
1000 Jackson Road, Suite 225
Goodlettsville, TN  37072
*Attorney for Plaintiff Alexia Humphrey*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July 2013, a copy of the foregoing Proposed Revised Case Management Order was filed electronically.  Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below.  Counsel for parties may access these filings through the Court's electronic filing system:

Nina H. Parsley
Michael Ponce and Associates
1000 Jackson Road, Suite 225
Goodlettsville, TN  37072
*Attorney for Plaintiff*


s/ Mark A. Baugh
Mark A. Baugh