# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ALEXIA HUMPHREY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:12-cv-00977** |
| | ) | |
| **v.** | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Bryant** |
| **MEHARRY MEDICAL COLLEGE,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before this Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. No. 36.) Plaintiff Alexia Humphrey and Defendant Meharry Medical College stipulate to the dismissal of all of Plaintiff's claims with prejudice, with each party to bear its own costs and expenses. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the ___22___ day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT